■ BEN MONROE, Respondent, v STATE OF NEW YORK, Appellant. (Appeal No. 3.) [782 NYS2d 386]—Appeal from an order of the Court of Claims (Nicholas V. Midey, Jr., J.), entered June 20, 2003. The order granted claimant's motion for permission to file a late claim.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously reversed on the law without costs and the motion is denied.

Same memorandum as in *Roberts v State of New York* (11

AD3d 1000 [2004]). Present—Pigott, Jr., P.J., Hurlbutt, Gorski and Lawton, JJ.